McKINNON A. D. CAMPELL, DOING BUSINESS AS JACKSON
   COUNTY ABSTRACT COMPANY, *Appellant*, v. THE CITY OF
   MARIANNA, A MUNICIPAL CORPORATION, AND II. A. HAMP-
   TON, CITY MARSHAL AND TAX COLLECTOR OF SAID CITY,
   *Respondent*.

Division B.

Decision Filed November 6, 1925.

An Appeal from the Circuit Court for Jackson County;
Amos Lewis, Judge.

*D. Stuart Gillis*, for Appellant;

No appearance for Appellee.

PER CURIAM.—This cause having heretofore been sub-
mitted to the court upon the transcript of the record of the
decree herein, and briefs and argument of counsel for the
respective parties, and the record having been seen and in-
spected, and the court being now advised of its judgment
to be given in the premises, it seems to the court that there
is no error in the said decree; it is, therefore, considered,
ordered and adjudged by the court that the said decree of
the Circuit Court be, and the same is hereby, affirmed.

WHITFIELD, P. J., AND STRUM AND BROWN, J. J., concur.